FILED
January 2, 2018
Third Court of Appeals
Jeffrey D. Kyle
Clerk



CAUSE NO. 03-17-00708-CV

RON VALENTINE, SR.            *        IN THE THIRD DISTRICT

    Appellant                 *

    Vs.                    *        COURT OF APPEALS


JEREMY JAGODZINSKI and      *        TRAVIS COUNTY, TEXAS

CHRISTI GREENE


### APPELLANT'S MOTION FOR RECONSIDERATION

TO THE COURT

APPELLANT' motions for reconsideration of prior decision.

The clerk actually opened up another case number associated with this case and

an appellant's amended motion relating to indigence. was made by appellant and filed under

the new case number. The court did not entertain the amended motion due to its being filed

under the new number. Either the court must go back and entertain the amended motion or

vacate according to tardiness of the court to act on the motion.. Appellant's motion should

be granted due to operation by rule of law as stated in prior motion; the court was tardy. The

court reporter was late in filing a transcript according to rule 20.1 and therefore the court

was late according to rule 20 in both of appellants' motions and the second motion was not entertained at all by this court. The court was already late in entertaing the first motion under the rules associated with the rule 20.1. The court should vacate both decisions it has made regarding indigence.

Thank You,

Ron Valentine

## Certificate of Conference

Valentine has attempted to confer with the party of interest but there was no reply.

## Certificate of Service

Valentine delivers this document via hand delivery to Earl Vickery at 3007 Dancy St Austin, TX 78722 on December 30, 2017.

Ron Valentine

5706 Ave G
Austin, Tx. 78751

Third Court of Appeals
P.D. Box 12547
Austin, Tx. 78711

RECEIVED
JAN 0 2 2013
THIRD COURT OF APPEALS

AUSTIN TX 787
RIO GRANDE DISTRICT
30 DEC 2012 PM 4 L

78711-2547